IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

| | | |
|---|---|---|
| **MARY O. WILLIAMS,** § | | |
| **GEORGE BUSH, and GCW, LLC** § | | **PLAINTIFFS** |
| § | | |
| **v.** § | | **CAUSE NO. 1:07CV906 LG-JMR** |
| § | | |
| **CITY OF GULFPORT, MISSISSIPPI** § | | |
| **and JOHN DOES 1-5, in their** § | | |
| **individual capacities** § | | **DEFENDANTS** |

## JUDGMENT

This matter having come on to be heard on the City of Gulfport, Mississippi's, Motion for Summary Judgment, the Court, after a full review and consideration of the Motion, pleadings on file and the relevant legal authority, finds that in accord with the memorandum opinion and order entered herewith,

**IT IS ORDERED AND ADJUDGED** that judgment is rendered in favor of the Defendant, City of Gulfport, Mississippi, pursuant to Fed. R. Civ. P. 56. The Plaintiffs' claims against the City of Gulfport, Mississippi are **DISMISSED WITH PREJUDICE**.

**IT IS FURTHER ORDERED AND ADJUDGED** that the Plaintiffs' claims against the John Doe Defendants are **DISMISSED WITHOUT PREJUDICE**.

**SO ORDERED AND ADJUDGED** this the 7th day of February, 2011.

s/ *Louis Guirola, Jr.*
LOUIS GUIROLA, JR.
CHIEF U.S. DISTRICT JUDGE